THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL T. WILLIAMS, Appellant.

Decided February 22, 1949.

LOUGHRAN, Ch. J., DESMOND, DYE and FULD, JJ., concur in the granting of this amendment. LEWIS and CONWAY, JJ., dissent as to said amendment of the remittitur.